IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICT OF ARKANSAS

IN RE:  STEVEN JUNIOR DILLARD                                    CASE NO. 3:09-BK-15922
        DEBTOR                                                                            CHAPTER 13

## MOTION TO SELL PROPERTY OF THE ESTATE

Now comes the Debtor, Steven Junior Dillard, by and through his attorneys Crawley & DeLoache, PLLC and for his Motion to Sell Property of the Estate.  Debtor herein proposes to sell 40 acres and mobile home located at 1026 New Muddy Lane, Imboden, Arkansas, together with all improvements located thereon.

This is a negotiated sale, in the regular course of business, which the Debtor proposes to close with the purchaser as soon as possible.

The terms and conditions of the sale are:

    The purchase price shall be $50,000.00.

You may request a hearing on the proposal of the Debtor as set forth herein.  Unless duly requested by a party in interest, no hearing will be held and the Debtor will proceed with the transaction.  All requests for a hearing must be made in writing, filed with the Bankruptcy Court, and service thereof received by Counsel for the Debtor on or before December 4, 2009.

DATED:                                               RESPECTFULLY SUBMITTED,

                                                  CRAWLEY & DELOACHE, PLLC
                                                  533 WEST WASHINGTON
                                                  JONESBORO, AR 72401
                                                  870-972-1127

                                                  /s/Mike DeLoache
                                                  MICHAEL E. CRAWLEY, Bar #97016
                                                  MIKE DELOACHE, Bar#90210
                                                  JOEL G. HARGIS, Bar #2004-007

**CERTIFICATE OF SERVICE**

   I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on all the opposing parties to this action by mailing a copy thereof to the following on this 24th day of November, 2009:


Mark T. McCarty
P. O. Box 5006
Little Rock, AR 72119

(All Creditors--See Attached Matrix)

                /s/Mike DeLoache
                **MICHAEL E. CRAWLEY**
                **MIKE DELOACHE**
                **JOEL G. HARGIS**